1  Sara B. Brody (SBN 130222)
   Cecilia Y. Chan (SBN 240971)
2  SIDLEY AUSTIN LLP
   555 California Street
3  San Francisco, California  94104
   Telephone:  (415) 772-1200
4  Facsimile:  (415) 772-7400
   sbrody@sidley.com
5  cecilia.chan@sidley.com

6  Attorneys for Defendants
   TRAINER WORTHAM & COMPANY, INC.,
7  DAVID P. COMO, FIRST REPUBLIC BANK and
   ROBERT VILE

8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11             SAN FRANCISCO DIVISION

12 | HEIDE BETZ                              ) No. C 03-03231 SI
13 |                                         )
   |                    Plaintiff,           ) **STIPULATION AND [PROPOSED]**
14 |        vs.                              ) **ORDER RESCHEDULING CASE**
   |                                         ) **MANAGEMENT CONFERENCE**
15 | TRAINER WORTHAM & COMPANY,              )
   | INC., DAVID P. COMO, FIRST              )
16 | REPUBLIC BANK and ROBERT VILE           )
17 |                                         )
   |                    Defendants.          )
18 | _____ )

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CMC; CASE NO. C 03-03231 SI

WHEREAS, on April 5, 2005, this Court granted Defendants' motion for summary judgment and entered judgment in favor of Defendants and against Plaintiff in the above-captioned case;

WHEREAS, Plaintiff appealed from this Court's order granting judgment in favor of Defendants;

WHEREAS, following the appeal to the Ninth Circuit, Defendants petitioned the Supreme Court for a writ of certiorari;

WHEREAS, on May 3, 2010, the Supreme Court granted Defendants' petition and, at the same time, remanded this case to the Ninth Circuit for further consideration in light of the Supreme Court's decision in *Merck & Co. v. Reynolds*, 559 U.S. ___ (2010);

WHEREAS, on July 7, 2010, the Ninth Circuit issued an order remanding this case to this Court for further proceedings;

WHEREAS, Plaintiff sought an en banc rehearing on the Ninth Circuit's order to remand this case;

WHEREAS, on September 1, 2010, the Ninth Circuit denied Plaintiff's petition for rehearing en banc;

WHEREAS, the Ninth Circuit's formal mandate was issued on September 9, 2010;

WHEREAS, on October 25, 2010, this Court set a case management conference on November 10, 2010, at 3:00 p.m.;

WHEREAS, due to scheduling conflicts, counsel for the parties are not available on that date;

WHEREAS, the parties have met and conferred and have agreed to continue the November 10, 2010 case management conference to January 28, 2011, at 3:00 p.m.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through their respective counsel of record, as follows:

1. The case management conference currently scheduled for November 10, 2010, at 3:00 p.m. should be vacated and rescheduled to January 28, 2011, at 3:00 p.m.

1  IT IS SO STIPULATED.

2                                           Respectfully submitted,

3  DATED:  November 2, 2010                 SIDLEY AUSTIN LLP

4

5                                           _____/s/ Sara B. Brody_____
                                            SARA B. BRODY
6                                           CECILIA Y. CHAN

7                                           Attorneys for Defendants
                                            TRAINER WORTHAM & COMPANY, INC.,
8                                           DAVID P. COMO, FIRST REPUBLIC BANK
                                            and ROBERT VILE
9

10

11 DATED:  November 2, 2010                 Schwartz & Schwartz

12

13                                          _____/s/ Theodore Schwartz_____
                                            Theodore Schwartz
14

15                                          Attorneys for Plaintiff
                                            HEIDI BETZ
16

17                          **SIGNATURE ATTESTATION**

18     Pursuant to General Order No. 45(X)(B), I hereby attest that I have on file written permission

19 to sign this joint motion from all parties whose signatures are indicated by a conformed signature

20 (/s/) within this e-filed document.

21                                          _____/s/ Sara B. Brody_____

22

23                                   **O R D E R**

24 PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

25

26 DATED: _____     _____
27                                        The Honorable Susan Illston
                                          United States District Court
28

                                         2
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CMC; CASE NO. C 03-03231 SI