IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETZ,

        Plaintiff,

  v.

TRAINER WORTHAM & COMPANY, INC. ET AL,

        Defendant.

        /

No. C 03-03231 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>n/a</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>closed</u>.

DESIGNATION OF EXPERTS: <u>n/a</u>; REBUTTAL: <u>n/a</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>n/a</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>March 18, 2011</u>;

    Opp. Due <u>April 1, 2011</u>; Reply Due <u>April 8, 2011</u>;

    and set for hearing no later than <u>April 22, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>May 17, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>May 31, 2011</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>four</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                      SUSAN ILLSTON
                                      United States District Judge