[COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HEIDE BETZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRAINER WORTHAM & COMPANY, INC., ET AL.,<br><br>　　　　Defendants. | No. C-03-03231 SI<br><br>**STIPULATION AND [~~PROPOS~~ED] ORDER REGARDING DEADLINES FOR EXHIBIT LISTS** |

STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBIT LISTS; CASE NO. C-03-03231 SI

1     WHEREAS, the trial of this action is currently scheduled for July 18, 2011;

2     WHEREAS, the final pretrial conference is currently scheduled for July 5, 2011;

3     WHEREAS, Paragraphs 1 and 5 of this Court's Pretrial Instructions require the parties to exchange exhibit lists, to meet and confer regarding the exhibits, and within fourteen days of the final pretrial conference, to file their exhibit lists and objections with the Court;

    WHEREAS, under the current schedule as set forth in this Court's Pretrial Instructions, the parties' exhibit lists are to be filed by June 21, 2011;

    WHEREAS, the parties have exchanged their exhibit lists and have began their meet and confer process with respect to the exhibits but have not completed the meet and confer process or finalized the exhibit lists;

    WHEREAS, the parties agree to extend the time to file their exhibit lists with the Court so that the parties can continue to finalize the exhibit lists and to meet and confer to resolve their stipulations and objections to the parties' respective exhibit lists;

    WHEREAS, the parties reserve all rights, including the right to challenge any exhibit, and agree to extend the deadline for filing their exhibit lists and any objections thereto.

    IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that:

    1.     The date for filing exhibit lists and the parties' objections thereto shall be extended from June 21, 2011 to the Friday prior to the trial date.

DATED: June 21, 2011         Respectfully submitted,

        SIDLEY AUSTIN LLP

        */s/ Sara B. Brody*
        SARA B. BRODY (SBN 130222)
        CECILIA Y. CHAN (SBN 240971)
        ELIZABETH R. TOBEN (SBN 266844)
        555 California Street, Suite 2000
        San Francisco, CA 94104-1715
        Telephone: (415) 772-1200
        Facsimile: (415) 772-7400
        sbrody@sidley.com
        cecilia.chan@sidley.com
        etoben@sidley.com

Attorneys for Defendants
FIRST REPUBLIC BANK, TRAINER
WORTHAM & COMPANY, INC., DAVID P.
COMO, AND ROBERT VILE


LAW OFFICES OF THEODORE F.
SCHWARTZ

*/s/ Theodore F. Schwartz*
THEODORE F. SCHWARTZ (SBN 58946)
230 S. Bemiston, Suite 770
St. Louis, MO 63105
(314) 863-4654; (314) 862-4357 - fax
theodore@schwartz-schwartz.com

Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
225 Bush Street, Suite 1615
San Francisco, CA 94104
(415) 434-8900; (415) 434-9200 - fax
josephalioto@mac.com


Attorneys for Plaintiff
HEIDE BETZ


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____6/23_____, 2011            _____
                                                         HONORABLE SUSAN ILLSTON
                                                         United States District Court Judge

# GENERAL ORDER 45 ATTESTATION

I, Sara B. Brody, am the ECF User whose ID and password are being used to file this Joint Pretrial Conference Statement. In compliance with General Order 45, I hereby attest that Theodore F. Schwartz, attorney for plaintiff Heide Betz, has concurred in this filing.

SIDLEY AUSTIN LLP

*/s/ Sara B. Brody*
SARA B. BRODY

Attorneys for Defendants
FIRST REPUBLIC BANK, TRAINER WORTHAM & COMPANY, INC., DAVID P. COMO, AND ROBERT VILE