[COUNSEL LISTED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEIDE BETZ, | ) |
| | ) Master File No. C 03-03231SI |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER REGARDING EXTENSION OF |
| | ) TIME TO RESPOND TO |
| | ) DEFENDANTS' |
| | ) MOTIONS IN LIMINE |
| | ) |
| TRAINER WORTHAM & COMPANY, INC., | ) Trial date:  July 18, 2011 |
| ET AL., | ) Pretrial Conference:  July 5, 2011 |
| | ) Time:  3:30 p.m. |
| | ) Courtroom: Courtroom 10, 19th FL |
| | ) Honorable Susan Y. Illston |
| Defendants. | ) |
| _____ | ) |

WHEREAS, the trial of this action is presently scheduled for July 18, 2011;

WHEREAS, the final pretrial conference in this action is presently scheduled for July 5, 2011;

WHEREAS, Defendants filed seven Motions in Limine on June 21, 2011;

WHEREAS, under the current schedule as set forth in this Court's Pretrial Instructions, oppositions to Defendants' Motions in Limine must be filed and served by June 28, 2011;

WHEREAS, under the current schedule as set forth in this Court's Pretrial Instructions, the Motions in Limine will be heard at the Pretrial Conference on July 5, 2011;

WHEREAS, Plaintiffs desire additional time to file oppositions to the seven Motions in Limine filed by Defendants on June 21, 2011;

WHEREAS, the parties agree to extend the time for Plaintiff to file oppositions to Defendants' Motions in Limine to Thursday, June 30, 2011, at 10:00 a.m.;

IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that:

1. The date for filing oppositions to Defendants' Motions in Limine shall be extended from June 28, 2011, to June 30, 2011, at 10:00 a.m.

Dated: June 24, 2011                    Respectfully Submitted,


                                        /s/ *Joseph M. Alioto*
                                        Joseph M. Alioto
                                        ALIOTO LAW FIRM
                                        225 Bush Street, 16th Floor
                                        San Francisco, CA  94104
                                        Telephone:    (415) 434-8900
                                        Facsimile:    (415) 434-9200

1
2
3              /s/ Theodore Schwartz
   Theodore F. Schwartz (SBN 58946)
4  LAW OFFICES OF THEODORE F. SCHWARTZ
5  230 S. Bemiston, Suite 770
   St. Louis, MO 63105
6  (314) 863-4654; 314) 862-4357 - fax
   theodore@schwartz-schwartz.com
7
   *Attorneys for Plaintiff*
8

9              /s/ Sara B. Brody
10 Sara B. Brody  (SBN 130222)
   Cecilia Chan (SBN 240971)
11 Elizabeth R. Toben (SBN 266844)
   SIDLEY AUSTIN
12 555 California Street, Suite 2000
13 San Francisco, CA  94104-1715
   Telephone:  (415) 772-1200
14 Facsimile:  (415) 772-7400
   sbrody@sidley.com
15 cecilia.chan@sidley.com
   etoben@sidley.com
16
17 *Attorneys for Defendants*

18

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20
         6/28/11
21 Dated: _____, 2011    _____
                                          HONORABLE SUSAN ILLSTON
22                                        United States District Court Judge

23
24
25
26
27
28

---

3
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS IN LIMINE

1
2
3       **GENERAL ORDER 45 ATTESTATION**
4       I, Joseph M. Alioto, am the ECF User whose ID and password are being used to file this
5   Stipulation.  In compliance with General Order 45, I hereby attest that Cecilia Chan, attorney for
6   Defendants, has concurred in this filing.
7                                       ALIOTO LAW FIRM
8
                                        */s/ Joseph M. Alioto*
9                                       JOSEPH M. ALIOTO
                                        *Attorney for Plaintiff*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28