Sara B. Brody (SBN 130222)
Cecilia Y. Chan (SBN 240971)
Elizabeth R. Toben (SBN 266844)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com
cecilia.chan@sidley.com
etoben@sidley.com

*Attorneys for Defendants*
*First Republic Bank, Trainer Wortham & Co., Inc.,*
*David P. Como, and Robert Vile*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HEIDE BETZ, | No. C-03-03231 SI |
| Plaintiff, | **[PROPOSED] ORDER ALLOWING EQUIPMENT AT TRIAL** |
| v. | |
| TRAINER WORTHAM & COMPANY, INC., ET AL., | Trial Date: July 18, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 10 |
| Defendants. | THE HONORABLE SUSAN ILLSTON |

1  Defendants'' First Republic Bank, Trainer Wortham & Co., Inc., David P. Como, and Robert
2  Vile hereby submit the following list of presentation, video equipment, shelving, and other materials
3  to be brought into the U.S. District Court, Northern District of California, 450 Golden Gate Avenue,
4  San Francisco, CA, 19th Floor, Courtroom 10, for use at the trial of the above-captioned matters
5  scheduled to commence on July 18, 2011:
6  Laser Pointers;
7  Box of electric and video cables, power strips;
8  4 – Easels;
9  1 – Dry Erase Easel;
10 1 – Large Easel Notepads;
11 Poster Boards;
12 2 – Laptop Computers;
13 One Rolling Book Shelves; and
14 Boxes of trial-oriented materials and documents, including trial exhibits.
15 Counsel for Defendants First Republic Bank, Trainer Wortham & Co., Inc., David P. Como,
16 and Robert Vile are authorized to bring this equipment into the courtroom.  In addition, each
17 attorney and legal assistant may bring a laptop computer for use in the courtroom.  Attorneys and
18 paralegals may also bring BlackBerries or other similar PDA smartphone devices and cellular
19 phones into the courtroom, provided such devices are kept on "silent" mode while in the courtroom
20 and are not used in any way that might be disruptive to or distracting from the business of the Court.
21 Plans have been tentatively made with Court Clerk, Tracy Forakis to set up the
22 aforementioned equipment at 1:30 p.m. on Thursday, July 14, 2011.

**IT IS SO ORDERED.**

Dated:  July _13_ 2011

_____
JUDGE SUSAN ILLSTON