Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
jmalioto@aliotolaw.com
tmoore@aliotolaw.com
jmiller@aliotolaw.com

Theodore F. Schwartz (SBN 58946)
LAW OFFICES OF THEODORE F. SCHWARTZ
230 S. Bemiston, Suite 770
St. Louis, MO 63105
(314) 863-4654; 314) 862-4357 - fax
theodore@schwartz-schwartz.com

Daniel R. Schramm, *pro hac vice*
DANIEL R. SCHRAMM, L.L.C.
121 Chesterfield Business Pkwy.
Chesterfield, MO 63005
(636) 532-2300; (636) 532-6002 - fax
daniel@dschrammlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HEIDE BETZ, <br><br> Plaintiff, <br><br> v. <br><br> TRAINER WORTHAM & COMPANY, INC., ET AL., <br><br> Defendants. | No. C-03-03231 SI <br><br> **[PROPOSED] ORDER PERMITTING EQUIPMENT AT TRIAL** <br><br> Trial date: July 18, 2011 <br> Pretrial Conference: July 5, 2011 <br> Time: 3:30 p.m. <br> Courtroom: 10, 19th Floor <br> Before: Hon. Susan Illston |

Plaintiff Heide Betz hereby submits the following list of presentation, video equipment, and other materials to be brought into the U.S. District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, CA, 19th Floor, Courtroom 10, for use at trial of the above-captioned matters scheduled to commence on July 18, 2011:

- Boxes of trial materials and documents, including exhibits for trial;
- 3-laptop computers;
- 1- Elmo Projector;
- Box of electric and video cables;
- Easels;
- Poster board/charts;
- Presentation pointers and/or laser pointers.

Counsel for Plaintiff Heide Betz are authorized to bring this equipment into the courtroom. Additionally, each attorney and legal assistant may bring a laptop computer for use into the courtroom. Attorneys and paralegals may bring Blackberries or other similar smartphone devices and cellular phones into the courtroom, provided such devices are kept on "silent" mode while in the courtroom and are not used in any way that might be disruptive to or distracting from the business of the Court.

Plans have been tentatively made with Court Clerk, Tracy Forakis, to set up the aforementioned equipment at 1:30 p.m. on Thursday, July 14, 2011.

**IT IS SO ORDERED.**

Dated: July 13, 2011                    _____

JUDGE SUSAN ILLSTON