IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEIDI BETZ,

    Plaintiff,

v.

TRAINER WORTHAM & COMPANY, INC, et al.,

    Defendants.
_____/

No. C 03-3231 SI

**ORDER ASSESSING JURY COSTS**

As stated on the record, the parties are ordered to pay a grand total of $3,240.42 in jury costs incurred by the court in this matter which shall be split evenly between Plaintiff and Defendants. A breakdown of these costs is provided as Exhibit A to this order. Payment is to be made in full by August 12, 2011, with any check payments payable to "Clerk, United States District Court, Northern District of California.

**IT IS SO ORDERED.**

Dated: July 20, 2011

_____
SUSAN ILLSTON
United States District Judge

COST ASSESSMENT BILL
Betz v Trainer Wortham et al.
No. C 03-3231 SI

| ATTENDANCE DATE | ATTENDANCE | MILEAGE | PARKING | BRIDGE TOLLS | CATERING | TOTAL |
|---|---|---|---|---|---|---|
| July 18, 2011 | $1,640.00 | $1,194.42 | $252.00 | $109.00 | $45.00 | **$3,240.42** |

EXHIBIT A