```
 1  Sara B. Brody (SBN 130222)
    Cecilia Y. Chan (SBN 240971)
 2  SIDLEY AUSTIN LLP
    555 California Street
 3  San Francisco, California 94104
    Telephone: (415) 772-1200
 4  Facsimile: (415) 772-7400
    sbrody@sidley.com
 5  cecilia.chan@sidley.com

 6  Attorneys for Defendants
    TRAINER WORTHAM & COMPANY, INC.,
 7  DAVID P. COMO, FIRST REPUBLIC BANK and
    ROBERT VILE
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HEIDE BETZ<br><br>                Plaintiff,<br><br>vs.<br><br>TRAINER WORTHAM & COMPANY, INC., DAVID P. COMO, FIRST REPUBLIC BANK and ROBERT VILE<br><br>                Defendants. | No. C 03-03231 SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

1       IT IS HEREBY STIPULATED by and between Plaintiff HEIDE BETZ and
2  Defendants TRAINER WORTHAM & COMPANY, INC., DAVID P. COMO, FIRST
3  REPUBLIC BANK and ROBERT VILE, through their designated counsel, that Defendants
4  be dismissed with prejudice.  Each party shall bear their own attorneys' fees and costs.

6  IT IS SO STIPULATED.

                                           Respectfully submitted,

8  DATED: July 18, 2011                SIDLEY AUSTIN LLP

                                         SARA B. BRODY
                                         CECILIA Y. CHAN

                                         Attorneys for Defendants
                                         TRAINER WORTHAM & COMPANY,
                                         INC., DAVID P. COMO, FIRST REPUBLIC
                                         BANK and ROBERT VILE

16  DATED: July 20, 2011                ALIOTO LAW FIRM

                                         JOSEPH M. ALIOTO

                                         Attorneys for Plaintiff
                                         HEIDE BETZ

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATED:   7/21/11

                                         THE HONORABLE SUSAN ILLSTON
                                         United States District Court